**Amended Abatement Order filed March 7, 2019**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-19-00106-CV**

_____

**IN RE DEAN E. SMITH, Relator**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**On Appeal from the 257th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2009-33707**

---

## AMENDED ABATEMENT ORDER

On February 7, 2019, relator Dean E. Smith filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition relator asks this court to compel the Honorable Sandra Peake, presiding judge of the 257th Judicial District Court of Harris County, to vacate a June 1, 2018 enforcement order.

The subject order was signed by the Honorable Judy Warne, who ceased to hold office of Judge of the 257th District Court of Harris County, on January 1, 2019. Because Judge Warne ceased to hold office, we are required to abate this proceeding

to permit Judge Peake to reconsider Judge Warne's decision regarding relator's request for relief.  *See* Tex. R. App. 7.2(b); *see also In re Baylor Med. Ctr. at Garland*, 280 S.W.3d 227, 228 (Tex. 2008) (orig. proceeding) ("Mandamus will not issue against a new judge for what a former one did.").

On February 21, 2019, we issued an order abating this case until March 25, 2019, to permit Judge Peake to reconsider the order underlying relator's request for relief.  The parties have filed a joint motion for extension of the abatement deadline, in which they request that this court extend the deadline for Judge Peake to reconsider the order to May 3, 2019.  The motion is **GRANTED**.

We abate this proceeding until **May 3, 2019**, to permit Judge Peake to reconsider the order underlying relator's request for relief.  On or before that date, Judge Peake shall advise this court of the action taken on relator's request.  This court will consider a motion to dismiss the original proceeding or a motion to reinstate the original proceeding, as appropriate.  If Judge Peake does not advise this court of the action taken on relator's request, relator and real party in interest are ordered to file a status update with this court on or before **May 10, 2019**.


PER CURIAM

Panel consists of Chief Justice Frost and Justices Jewell and Bourliot.